[No. 41578-6-I.    Division One.    December 21, 1998.]
THE STATE OF WASHINGTON, *Respondent*, v. DEMETRIOUS A. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04681-1, Norma Smith Huggins, J., entered October 6, 1997. *Reversed* by unpublished per curiam opinion.

[No. 21659-1-II.    Division Two.    December 23, 1998.]
DONALD S. RUFFINI, ET AL., *Appellants*, v. THE CITY OF BAINBRIDGE ISLAND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-2-00992-9, William Howard, J. Pro Tem., entered February 18, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 22690-1-II.    Division Two.    December 23, 1998.]
DEBORAH HAGGERTY, ET AL., *Respondents*, v. JIM D. WINTRIP, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-2-00106-2, Michael Spencer, J. Pro Tem., entered November 10, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 22699-5-II.    Division Two.    December 23, 1998.]
ELCON CORPORATION, ET AL., *Appellants*, v. THE CITY OF TACOMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-12003-4, Marywave Van Deren, J., entered November 25, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Morgan, J.